UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20356-RNS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES CATALANO,

        Defendant.
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Alyssa M. Altonaga, co-counsel of record for defendant James Catalano, hereby files this Motion to Withdraw as Counsel of Record, and in support thereof states as follows:

1. Undersigned filed her Notice of Appearance in the above-captioned case as co-counsel alongside lead attorney Marc David Seitles.

2. Undersigned is no longer an associate at Seitles & Litwin, P.A. Undersigned therefore wishes to withdraw from the case.

3. Mr. Seitles will remain counsel of record on Mr. Catalano's case.

4. Undersigned conferred with AUSA Arielle Klepach who does not oppose this Motion.

WHEREFORE, undersigned respectfully requests this Court grant this Motion to Withdraw as Counsel of Record.

        Respectfully submitted,

        */s/ Alyssa M. Altonaga*
        Alyssa M. Altonaga
        Florida Bar No: 1025089
        Tache, Bronis & Descalzo
        150 SE 2nd Avenue Suite 600
        305-537-9569

2

aaltonaga@tachebronis.com
ama568@law.miami.edu

Former Address:
Courthouse Center
40 NW 3rd Street
Penthouse One
Miami, FL 33128
Tel: (321) 609-0153
Ama568@law.miami.edu
aaltonaga@seitleslaw.com

**CERTIFICATE OF SERVICE**

    I CERTIFY that on March 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Alyssa M. Altonaga*
Alyssa M. Altonaga
