IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20356-SCOLA

UNITED STATES OF AMERICA

        Plaintiff,

VS.

JAMES CATALANO,

        Defendant.
_____/

**OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

James Catalano, through counsel, files his Objections to the Presentence Investigation Report, and in support thereof states as follows:

**PARAGRAPH 34 - SPECIFIC OFFENSE CHARACTERISTICS**

United States Probation increased Mr. Catalano's offense level by two points because the offense involved a pattern of criminal conduct. The parties jointly agree that this enhancement does not apply. The parties negotiated a plea in good faith and agreed that there are no applicable specific offense characteristics pursuant to section 2A6.2 of the Sentencing Guidelines. *See* Catalano Plea Agreement, at ¶ 7b. Therefore, we respectfully request the Court strike this enhancement.

**PARAGRAPH 42- TOTAL OFFENSE LEVEL**

Mr. Catalano's total offense level is a 15.

**PARAGRAPH 96 - GUIDELINE PROVISIONS**

Mr. Catalano's total offense level of 15, and a he has a criminal history category of I,

therefore his guideline imprisonment range is **18-24 months.**

                                                                                 Respectfully submitted,

                                                          /s/ Marc David Seitles

                                                          Marc David Seitles
                                                          Fla. Bar No. 0178284

                                                          **Seitles & Litwin, P.A,**
                                                          40 N.W. 3rd Street
                                                          Penthouse One
                                                          Miami, FL 33138

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all parties.

                                                          /s/   Marc David Seitles
                                                          Marc David Seitles